UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | CRIMINAL CASE NO. 4:24–cr–00425 |
| vs. | § § § | JUDGE CHARLES ESKRIDGE |
| Isaac Leon Owens<br>Defendant. | § § § | |

NOTICE OF RESETTING

Take notice that the Re-Arraignment set for 3/18/2025, has been RESET as follows:

Friday, April 4, 2025, at 10:30 AM
Before the Honorable Charles Eskridge
United States District Judge
United States District Court, Courtroom 9F
515 Rusk Street
Houston, Texas 77002